

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE MATTER OF THE ESTATE OF | § | No. 08-18-00089-CV |
| JOSEPH ABRAHAM, JR. A/K/A | | |
| JOSEPH (SIB) ABRAHAM, JR., | § | Appeal from the |
| | | |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2014-CPR02054) |
| | § | |

**O R D E R**

Pending before the Court is Appellee's motion for leave to supplement the clerk's record with numerous items. The motion is GRANTED. As authorized by TEX.R.APP.P. 34.5(c)(1), Appellee shall by letter direct the trial court clerk to prepare, certify, and file in this Court a supplemental clerk's record containing each of the items omitted from the record as identified in Appellee's motion. The supplemental clerk's record is due to be filed no later than March 5, 2019.

IT IS SO ORDERED this 13th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.